JACQUELINE MOODY, RUSSELL T. MOODY, JANE DUKE-SHERER and JOHN DUKESHERER, Respondents-Appellants, *v.* CAWDREY & ASSOCIATES, INC., a foreign corporation; MARS CONSTRUCTORS, INC.; CAWDREY-MARS GENERAL, a partnership; HALE KEKOA JOINT VENTURE, dba HK-GC PARTNERSHIP, GENERAL CONSTRUCTION COMPANY, jointly dba HK-GC PARTNERSHIP; KAJIOKA, OKADA & PARTNERS, INC.; LUKO REALTY, LTD.; AARON M. CHANEY, INC.; ASSOCIATION OF APARTMENT OWNERS OF 1260 RICHARD LANE; ERNEST C. HICKSON; and FIRST HAWAIIAN DEVELOPMENT CORPORATION, Petitioners-Appellees, and HOWARD BUGBEE; JOHN DOES III-X; JOHN DOE PARTNERSHIPS I-X; JOHN DOE CORPORATIONS II-X; and JOHN DOE GOVERNMENTAL ENTITIES I-X, Defendants

NO. 10052

(CIVIL NO. 62820)

JULY 8, 1986

LUM, C.J., NAKAMURA, HAYASHI, AND WAKATSUKI, JJ., AND CIRCUIT JUDGE CHUN IN PLACE OF PADGETT, J., RECUSED

*Per Curiam.* We granted certiorari to review the decision of the Intermediate Court of Appeals, 6 Haw. App. ___, ___, ___ P.2d ___

(filed January 24, 1986). On the basis of *King v. Ilikai Properties, Inc.,* 2 Haw. App. 359, 632 P.2d 657 (1981), the decision of the Intermediate Court of Appeals is reversed, and the judgment of the trial court is accordingly affirmed.

*Walter Davis* and *Archibald C. K. Kaolulo* (*Davis, Reid & Richards,* of counsel) on the writ and brief for Petitioners Association of Apartment Owners of 1260 Richard Lane and Aaron M. Chaney, Inc.

*David L. Turk* and *Nathan J. Sult* (*Turk & Agena,* of counsel) contra and on the brief for Respondents.